*WHEN RECORDED MAIL TO:*

D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC. | | CASE NUMBER: |
| PLAINTIFF(S),<br>v. | | CV 2:21-mc-00507 |
| TODD DISNER et al | | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on   April 02,2021

in favor of   NATIONWIDE JUDGMENT RECOVERY INC.

whose address is   8452 Katella Ave, Stanton CA 90680

and against   BRANDON THE NONG

whose last known address is   17199 SANTA LUCIA ST, FOUNTAIN VALLEY  CA 92708

for $ 11,845.58 _____ Principal, $ 1,005.79 _____ Interest, $ 0 _____ Costs,

and $ 0.00 _____ Attorney Fees.


ATTESTED this _____ day of   APR 1 6 2021   ,20 .

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.

Judgment debtor's Social Security number;   3807 _____ (last 4 digits) ☐ Unknown.

☒  No stay of enforcement ordered by Court

☐  Stay of enforcement ordered by Court, stay date ends _____


Judgment debtor's attorney's name and address and/or address at which summons was served:

BRANDON THE NONG

17199 SANTA LUCIA ST

FOUNTAIN VALLEY CA 92708

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

Daniel Tamayo

1246

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER